Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       joeaddiego@dwt.com
             jakefreed@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ORTEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00531-DAD-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**[Civ. L.R. 144(a)]**<br><br>**Action Removed April 14, 2017** |

| | |
|---|---|
| 1 | WHEREAS, on April 14, 2017, Defendant JPMorgan Chase Bank, N.A. ("Chase") removed this matter from state court; and |
| 2 | |
| 3 | WHEREAS, pursuant to Federal Rule of Civil Procedure 81, the original deadline of Chase to respond to the Complaint would be April 21, 2017; and |

WHEREAS, on April 14, 2017, Defendant JPMorgan Chase Bank, N.A. ("Chase") removed this matter from state court; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 81, the original deadline of Chase to respond to the Complaint would be April 21, 2017; and

WHEREAS, the parties have begun a settlement dialogue and seek additional time to resolve this matter informally without the need for active litigation, including time for Plaintiff to apply with Chase for loan modification.

NOW THEREFORE, Plaintiff and Chase HEREBY STIPULATE AND AGREE AS FOLLOWS, subject to the Court's approval:

The deadline for Chase to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended up to and including June 23, 2017.

IT IS SO STIPULATED.

DATED April 17, 2017

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego, III
John D. Freed

By: */s/ John D. Freed*
     John D. Freed

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MELLEN LAW FIRM
Jessica Galletta

By: */s/ Jessica Galletta*
     Jessica Galletta

Attorneys for Plaintiff

**ORDER**

Presently before the Court is a stipulation between Plaintiff and Defendant JPMorgan Chase Bank, N.A. ("Chase") to extend the time for Chase to answer, move, or otherwise respond to Plaintiff's complaint up to and including June 23, 2017.

Good cause appearing therefor, the Court GRANTS the stipulation, as follows: Chase shall answer, move, or otherwise respond to Plaintiff's complaint on or before June 23, 2017.

IT IS SO ORDERED.

Dated: **May 16, 2017**

/s/ Elici P. Groj
UNITED STATES MAGISTRATE JUDGE