Joseph E. Addiego III (CA SBN 169522)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  joeaddiego@dwt.com
  jakefreed@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-00531-DAD-EPG<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT JP MORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**Action Removed April 14, 2017** |

　　　　The parties have submitted a stipulation between Plaintiff and Defendant JPMorgan Chase Bank, N.A. ("Chase") to extend the time for Chase to answer, move, or otherwise respond to Plaintiff's complaint up to and including July 28, 2017. (ECF No. 7.) Good cause appearing therein, the Court GRANTS the stipulation. Chase shall answer, move, or otherwise respond to Plaintiff's complaint no later than **July 28, 2017**.

　　　　No further extensions to this deadline will be granted.

IT IS SO ORDERED.

　　Dated:　**June 21, 2017**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1
**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**